# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| JOHN HORST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  1:10-cv-3126 |
| vs. ) | |
| ) | |
| GLOBAL CREDIT & COLLECTION ) | |
| CORPORATION, ) | **JURY DEMAND ENDORSED HEREON** |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES the Plaintiff, JOHN HORST, by and through his attorney, MITCHEL E. LUXENBURG, and for his Complaint against the Defendant, GLOBAL CREDIT & COLLECTION CORPORATION, Plaintiff alleges and states as follows:

## PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter the "FDCPA"), 15 U.S.C. § 1692, *et seq*.

## JURISDICTION AND VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692, *et seq*.  Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events and omissions giving rise to the claim occurred within this District.

## PARTIES

3. Plaintiff is an individual who was at all relevant times residing in Manchester, Maryland.

4. Plaintiff is a "consumer" as defined in 15 U.S.C. § 1692a(3), as he is a natural person allegedly obligated to pay a debt.

5. At all relevant times, Defendant acted as a "debt collector" within the meaning of 15 U.S.C. § 1692a(6), in that it held itself out to be a company collecting a consumer debt allegedly owed by Plaintiff.

6. On information and belief, Defendant is a corporation of the State of Delaware, which is licensed to do business in Maryland and which has its principal place of business in Williamsville, New York.

## ALLEGATIONS

7. On or about May 21, 2010, Defendant's representatives and/or employees began contacting Plaintiff by telephone in attempts to collect the aforementioned alleged debt.

8. During at least one of the aforementioned telephone calls, Defendant's representatives and/or employees, including but not limited to an individual who represented himself as Adrian (last name unknown), stated that they were calling from Capital One and did not disclose Defendant's actual company name.

9. On or about May 25, 2010, Defendant mailed a letter to Plaintiff in an attempt to collect the alleged debt and threatened to pursue a lawsuit against Plaintiff if payment was not made.  Further, said letter threatened legal action against Plaintiff and stated that Capital One could take "whatever actions it deems advisable" to enforce a judgment against Plaintiff.  These statements overshadowed and/or were inconsistent with Plaintiff's right to dispute the debt or to request the name and address of the original creditor, as set forth in 15 U.S.C. § 1692g.

10. In its attempts to collect the aforementioned alleged debt, Defendant violated the FDCPA in one or more of the following ways:

    a.    Placing telephone calls to Plaintiff without meaningful disclosure of Defendant's caller's identity, in violation of 15 U.S.C. § 1692d(6);

    b.    Using a false, deceptive or misleading representation or means in connection with the collection of the alleged debt or to obtain information about Plaintiff, in violation of 15 U.S.C. § 1692e(10);

    c.    Participating in collection activities which overshadowed and/or were inconsistent with Plaintiff's right to dispute the debt or to request the name and address of the original creditor, in violation of 15 U.S.C. § 1692g(b); and

    d.    By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

11.    As a result of Defendant's violations as aforesaid, Plaintiff has suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, JOHN HORST, respectfully prays for a judgment against Defendant as follows:

    a.    Statutory damages of $1,000.00 for each violation of the FDCPA;

    b.    All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff; and

    c.    Any other relief deemed appropriate by this Honorable Court.

## **JURY DEMAND**

Pursuant to Civil Rule 38, Plaintiff hereby demands a trial by jury on all issues in this action, except for any issues relating to the amount of attorneys' fees and litigation costs to be awarded should Plaintiff prevail on any of his claims in this action.

Respectfully Submitted,

_____/s/_____
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com

4