IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN HORST<br><br>    Plaintiff<br><br>vs.<br><br>GLOBAL CREDIT AND COLLECTION CORPORATION<br><br>    Defendant | CIVIL ACTION NO.: 1:10-cv-03126-CCB |

## STIPULATION OF DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party will be responsible for paying its own costs, expenses and attorney fees.

LUXENBURG & LEVIN, LLC                THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Mitchel Luxenburg                         /s/ Ronald S. Canter
Mitchel Luxenburg, Esquire                Ronald S. Canter, Esquire
23875 Commerce Park Drive, Suite 105       11300 Rockville Pike, Suite 1200
Beachwood, OH  44122                      Rockville, MD 20852
Attorney for Plaintiff                        Telephone:  301-770-7490
                                          Facsimile:  301-770-7493
                                          E-Mail:  rcanter@roncanterllc.com
                                          Attorney for Defendant

1